ARELIO MONTOYA v. GATEWAY INSURANCE COMPANY AND THE JERSEY PROPERTY LIABILITY INSURANCE GUARANTY ASSOCIATION.

Oct. 22, 1979.   Petition for certification denied.   (See 168 *N.J.Super.* 100)

IN THE MATTER OF THE ELIMINATION OF RAIL PASSENGER SERVICE BETWEEN CRANFORD AND BAYONNE.

Oct. 22, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS PETER STEO.

Oct. 22, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. JOHN E. MCINNES.

Oct. 22, 1979.   Petition for certification denied.

NEW JERSEY BUILDERS ASSOCIATION v. DEPARTMENT OF ENVIRONMENTAL PROTECTION.

Oct. 22, 1979.   Petition for certification denied.   (See 169 *N.J.Super.* 76)